■ CITY OF NEW YORK et al., Respondents, and DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Intervenors-Respondents, v NEW SAINT MARK'S BATHS et al., Appellants, and PAUL CORRIGAN et al., Intervenors-Appellants.—Orders, Supreme Court, New York County (Richard Wallach, J.), entered on or about January 6, 1986 and January 9, 1986, respectively, unanimously affirmed for the reasons stated by Richard Wallach, J., at Special Term, without costs and without disbursements. Concur—Ross, J. P., Carro, Asch, Kassal and Ellerin, JJ. [See, 130 Misc 2d 911.]